(Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. STEWART, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>AT&T INC. (F/K/A SBC COMMUNICATIONS INC.), AND AT&T PENSION BENEFIT PLAN-NONBARGAINED PROGRAM (F/K/A SBC PENSION BENEFIT PLAN AND SBC PENSION BENEFIT PLAN-NONBARGAINED PROGRAM,<br><br>        Defendants. | No. C-06-7363-SI<br><br>**STIPULATION RE: STAY OF PROCEEDINGS UNTIL COURT DECIDES DEFENDANTS' MOTION TO TRANSFER; ORDER RE: SAME** |

1  BRADLEY J. SCHRAM (Michigan State Bar No. P26337)
   ROBERT P. GELLER (Michigan State Bar No. P34391)
2  EVA T. CANTARELLA (Michigan State Bar No. P51917)
   HERTZ, SCHRAM & SARETSKY, P.C.
3  1760 South Telegraph Road, Suite 300
   Bloomfield Hills, Michigan  48302-0183
4  Telephone:  (248) 335-5000
   Facsimile:  (248) 335-3346
5  E-mail:  ecantarella@hsspc.com

6  SCOTT KALKIN (California State Bar No. 120791)
   ROBOOSTOFF & KALKIN
7  369 Pine Street, Suite 610
   San Francisco, California  94104
8  Telephone:  (415) 732-0282
   Facsimile:  (415) 732-0287
9  E-mail:  robokalk@earthlink.net

10  Attorneys for Plaintiff
    Kathleen Stewart
11
    JEFFREY D. WOHL (California State Bar No. 96838)
12  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
13  San Francisco, California  94105
    Telephone:  (415) 856-7000
14  Facsimile:  (415) 856-7100
    E-mail: jeffwohl@paulhastings.com
15
    STEPHEN H. HARRIS (California State Bar No. 184608)
16  CAROLINE LEE ELKIN (California State Bar No. 209156)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
17  515 South Flower Street, 25th Floor
    Los Angeles, California  90071
18  Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
19  E-mail:  stephenharris@paulhastings.com

20  Attorneys for Defendants
    AT&T Inc. and AT&T Pension Benefit Plan-Nonbargained Program
21

22

23

24

25

26

27

28

LEGAL_US_W # 55494299.2

STIPULATION RE: STAY; ORDER
U.S.D.C., N.D. Cal., No. C-06-7363-SI

**STIPULATION**

Plaintiff Kathleen Stewart, appearing through her counsel of record, and defendants AT&T Inc. and AT&T Pension Benefit Plan-Nonbargained Program, appearing specially through their counsel of record, stipulate as follows:

1. This action was commenced in this Court on November 30, 2006. As part of its Initial Scheduling Order, this Court assigned the following dates to the action:

| | |
|---|---|
| February 16, 2007: | Last days for parties to meet and confer about initial disclosures, case management conference, ADR; last day for parties to file ADR certificates |
| March 2, 2007: | Last day for parties to complete initial disclosures, file case management conference statement and Rule 26(f) report |
| March 9, 2007: | Case management conference (2:00 p.m.) |

2. The parties have stipulated that defendants have until February 2, 2007, by which to object to, answer, or otherwise respond to plaintiff's complaint.

3. Defendants have informed plaintiff that they intend to bring a motion to transfer the action to the Western District of Texas pursuant to 28 U.S.C. section 1404(a). Defendants intend to file their motion on February 2, 2007. In order to accommodate the scheduling concerns of plaintiff's counsel, defendants will notice the motion for hearing on April 6, 2007, with the parties agreed that plaintiff's opposition to the motion will be filed on or before March 9, 2007, and defendants' reply in support of the motion will be filed on or before March 23, 2007.

4. Because a motion to transfer under 28 U.S.C. section 1404(a) is not a responsive pleading, defendants also intend to bring a motion to dismiss all or part of plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

5. After meeting and conferring about defendants' planned motions, the parties agree that it would be more efficient for the Court first to decide the motion to transfer, and then to entertain the motion to dismiss only if the action remains pending before the Court rather than being transferred to the Western District of Texas. The parties also agree that it would be more efficient if all case management-related activities, including the activities scheduled by the Court in its Initial Scheduling Order, take place only after the motion to dismiss is decided.

6. Accordingly, the parties request the Court to enter an order staying all proceedings in this action, including defendants' responsive pleading and the case management-related activities scheduled by the Court in its Initial Scheduling Order, other than briefing and hearing on defendants' motion to transfer, until such time as they are re-scheduled by this Court; except that if the motion to transfer is denied, then defendants will file their responsive pleading to plaintiff's complaint by not later than 20 days after notice of the Court's order denying the motion; and if the motion to transfer is granted, then defendants will file their responsive pleading to plaintiff's complaint by not later than 20 days after notice of the Judge of the Western District of Texas to whom the case is assigned.

7. By entering into this stipulation, plaintiff does not concede that any objection by defendants to this Court's venue over this action or to plaintiff's complaint has merit; and defendants do not (i) make a general appearance in this action; or (ii) waive any objection or defense to the Court's exercise of personal or subject matter jurisdiction over them or to plaintiff's complaint (other than an objection or defense based on service of process).

Dated: January 23, 2007.

BRADLEY J. SCHRAM
ROBERT P. GELLER
EVA T. CANTARELLA
HERTZ, SCHRAM & SARETSKY, P.C.

SCOTT KALKIN
ROBOOSTOFF & KALKIN

By: _Eva T. Cantarella_
Eva T. Cantarella
Attorney for Plaintiff Kathleen Stewart

Dated: January 22, 2007.

JEFFREY D. WOHL
STEPHEN H. HARRIS
CAROLINE LEE ELKIN
PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _Jeffrey D. Wohl_
Jeffrey D. Wohl
Attorney for Defendants
AT&T Inc. and AT&T Pension Benefit Plan-
Nonbargained Program

STIPULATION RE: STAY; ORDER
U.S.D.C., N.D. Cal., No. C-06-7363-SI

1

**ORDER**

2          On the stipulation of the parties, and good cause appearing therefor,

3          IT IS ORDERED that all proceedings in this action, including defendants' responsive pleading

4    and the case management-related activities scheduled by the Court in its Initial Scheduling Order, other

5    than briefing and hearing on defendants' motion to transfer, be and are hereby STAYED until such time

6    as they are re-scheduled by this Court if the motion to transfer is denied or by the Western District of

7    Texas if the motion to transfer is granted; except that if the motion to transfer is denied, then defendants

8    will file their responsive pleading to plaintiff's complaint by not later than 20 days after notice of the

9    Court's order denying the motion; and if the motion to transfer is granted, then defendants will file their

10   responsive pleading to plaintiff's complaint by not later than 20 days after notice of the Judge of the

11   Western District of Texas to whom the case is assigned.

12          IT IS FURTHER ORDERED that defendants will notice their motion to transfer, which they will

13   file on February 2, 2007, for hearing on April 6, 2007, at 9:00 a.m., with plaintiff's opposition to the

14   motion to be filed on or before March 9, 2007, and defendants' reply in support of the motion to be filed

15   on or before March 23, 2007.

16          Dated:  January ___, 2007.

17                                                                   _____
                                                                             Susan Ilston
18                                                                   United States District Judge

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 55494299.2